UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 20-16153 |
| V. | : | CRIMINAL ACTION |
| John Santos | : | ORDER OF RELEASE |

The Court orders the defendant, __John Santos__, is ordered released on a personal recognizance bond with the following bail conditions:

(X) Reporting, as directed, to U.S. Pretrial Services;

(X) The defendant shall appear at all future court proceedings;

(X) Submit to drug testing and/or treatment, as deemed necessary;

( ) Mental health testing and/or treatment, as deemed necessary;

( ) Other:

/s/ John Santos                                                             10/26/2020

DEFENDANT                                                             DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

_____10/26/20_____
DATE